AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

NARCISA NOVACK

**EXHIBIT AND WITNESS LIST**

Case Number: 10-6278-BSS

| PRESIDING JUDGE<br>Robin S. Rosenbaum | PLAINTIFF'S ATTORNEY<br>USA | DEFENDANT'S ATTORNEY<br>Novack |
|---|---|---|
| TRIAL DATE (S)<br>Detention Hearing on July 14, 2010 | COURT REPORTER<br>DAR:10:03:19 | COURTROOM DEPUTY<br>Glenda Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/14/2010 | x | x | Pictures of suspects |
| 2a-h | | 7/14/2010 | x | x | pictures of crime scene for Bernice Novack |
| 4a-g | | 7/14/2010 | x | x | pictures of crime scene for Ben Novack |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages