```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION

 3                    Case No. 10-MJ-6278-SELTZER

 4
     THE UNITED STATES OF AMERICA,
 5
                Plaintiff,
 6
                                         FORT LAUDERDALE, FLORIDA
 7   vs.                                  JULY 8, 2010

 8

 9
     NARCISA VELIZ NOVACK, et al.,
10
                Defendants.
11
     ------------------------------------------------------------
12
               TRANSCRIPT OF INITIAL APPEARANCE HEARING
13            BEFORE THE HONORABLE BARRY S. SELTZER,
                 UNITED STATES MAGISTRATE JUDGE
14   APPEARANCES:

15   FOR THE GOVERNMENT:

16                             UNITED STATES ATTORNEY'S OFFICE
                               FOR THE SOUTHERN DISTRICT OF FLORIDA
17                             500 E. Broward Boulevard
                               7th Floor
18                             Fort Lauderdale, Florida 33301
                               BY: LAURENCE M. BARDFELD, A.U.S.A.
19
     FOR THE DEFENDANT:
20                             BY: ROBERT H. TRACHMAN, ESQ.
                               101 S.E. 10th Street
21                             Fort Lauderdale, Florida 33316

22
     REPORTED BY:              JERALD M. MEYERS, RPR.
23                             J.M. COURT REPORTING, INC.
                               1601 N.W. 109th Terrace
24                             Pembroke Pines, Florida
                               Telephone: 954-431-4757
25                             E-mail Address: CRJM@AOL.COM
```

1  (Call to order of the Court)
2              THE COURT:  All right.  Narcisa Veliz Novack.
3              MR. BARDFELD:  Your Honor, Larry Bardfeld for the
4  United States of America.
5              MR. TRACHMAN:  Robert Trachman on behalf of the
6  defendant, Your Honor.
7              MR. BARDFELD:  Your Honor, we would move to unseal the
8  indictment.
9              THE COURT:  Okay.  The court will go ahead and grant
10 the ore tenus motion.  And does the government have a copy of
11 the indictment for the defense?
12             MR. BARDFELD:  I have provided it, Your Honor.
13             MR. TRACHMAN:  We have received one already, Your
14 Honor.
15             THE COURT:  All right.  Narcisa Novack.
16             MR. TRACHMAN:  Your Honor, that really is not
17 technically her name.
18             THE COURT:  Oh.  Okay.  Okay.  Well, what is her name?
19             MR. TRACHMAN:  State your name for the court.
20             THE DEFENDANT:  Narcy Novack.
21             THE COURT:  Narcy.  Okay.  It has here as a/k/a Narcy
22 Novack.
23             THE DEFENDANT:  No.
24             THE COURT:  Okay.  Ms. Novack, you are here for your
25 first or your initial appearance, having been arrested on a

1   warrant issued pursuant to an indictment out of the Southern
2   District of New York that I will get to in just one moment.
3             Let me first take this opportunity to inform you that
4   you have the right to remain silent.  Anything that you say may
5   be used against you.
6             You have the right to the assistance of counsel
7   throughout the balance of the proceedings here in this
8   district.
9             If you cannot afford an attorney, you may be entitled
10  to have one appointed for you by the court.
11            Mr. Trachman, will you be representing Ms. Novack for
12  the balance of the proceedings here in the Southern District of
13  Florida?
14            MR. TRACHMAN:  I will, Your Honor.
15            THE COURT:  Okay.  Very well.  Let me direct your
16  attention to the indictment.  It is fairly somewhat lengthy.
17            Let me ask the government, if it can, to summarize the
18  charges against Ms. Novack.
19            MR. BARDFELD:  Your Honor, the defendant is charged in
20  all 3 counts of the indictment.  The first count is conspiracy
21  to travel in interstate commerce to commit domestic violence
22  and stalking.
23            The second and third counts are substantive counts of
24  interstate domestic violence and stalking.  They resulted in or
25  she traveled resulting in the death of her husband.  She is

1  looking at a statutory maximum of life in prison.

2          THE COURT:  All right.  Mrs. Novack, do you understand
3  the allegations against you?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  Ms. Novack, let me go through a few things
6  with you.  I will then give you an opportunity to sit and speak
7  with Mr. Trachman, and then we will call you back up.

8          There are a few matters.  First of all, you are
9  entitled to have a hearing to determine the terms and
10 conditions of your bond.

11         Let me ask the government what its bond recommendation
12 is as to Ms. Novack.

13         MR. BARDFELD:  Pretrial detention as well as a risk of
14 flight and danger to the community.

15         THE COURT:  And how many days?

16         MR. BARDFELD:  Three days, Your Honor.

17         THE COURT:  Ms. Novack, the government is requesting
18 that you be detained without bond until the time of trial.

19         Now, under the law they are entitled to request 3
20 business days to prepare for the hearing, which would take us
21 out until Tuesday.

22         You, however, have the right to request up to 5
23 business days to prepare for the hearing, which means that at
24 your election we can set the hearing Tuesday, Wednesday or
25 Thursday of next week.

1          Alternatively, if you wish, we can defer your bond
2   hearing until you are returned to the Southern District of New
3   York.
4          MR. BARDFELD:  The Southern District of New York, yes.
5          THE COURT:  Now, let me also address another matter
6   that you will need to speak to Mr. Trachman about.
7          Inasmuch as you are charged in a district other than
8   our own, that is, you are charged in the Southern District of
9   New York, you are entitled to certain procedural safeguards
10  before I order that you can be returned.
11         The term of art that they use is removed back to the
12  Southern District of New York.  More specifically, what you are
13  entitled to is what is called an identity hearing, at which
14  time the government would need to establish that you are the
15  individual who is named in the warrant that was issued pursuant
16  to this indictment, as opposed to another individual that may
17  happen to have the same name.
18         If the government can establish that you are the
19  individual who is wanted, I would order that you be returned or
20  removed.  If not, you would be discharged and the matter would
21  be dismissed.
22         You have the option, if you wish, of waiving your
23  right to that hearing.  Should you like to waive your right
24  that hearing, at that time I would enter an order providing for
25  your return to the Southern District of New York.

1               I will give you an opportunity, if you wish, to sit
2     and speak with Mr. Trachman.  You can turn off the microphone.
3     Let me know when you are ready.  We will call you back up.
4               I will ask you what you would like to do first with
5     regard to a bond hearing and, second of all, what you would
6     like to do with regard to a removal or identity hearing.
7               Okay.  Just push away that microphone and turn it off.
8     Let me know when you are ready.
9               MR. TRACHMAN:  Thank you, Your Honor.
10                   [There was a short recess].
11              THE COURT:  Narcisa Novack.  Let me turn to
12    Mr. Trachman for an update.
13              First, with regard to bond and, second, with regard to
14    the motion.
15              MR. TRACHMAN:  Your Honor, with regard to the bond
16    hearing, we would like to have a bond hearing here in the
17    Southern District.
18              THE COURT:  All right.
19              MR. TRACHMAN:  However, Ms. Novack concurs that waiver
20    of the removal hearing would be appropriate.
21              THE COURT:  Okay.
22              MR. TRACHMAN:  But we would like to have a bond
23    hearing here.
24              THE COURT:  What date would you like to have it?
25    Tuesday, Wednesday or Thursday?

```
 1                MR. TRACHMAN:  I think that Wednesday would probably
 2   be best, Judge.
 3                THE COURT:  Okay.  Aaron, what date is Wednesday?
 4                THE CLERK:  Wednesday is July 14th at 10:00 a.m.
 5   before Judge Rosenbaum.
 6                THE COURT:  All right.  The pretrial detention hearing
 7   will be Wednesday, July 14th at 10:00 a.m. before Judge
 8   Rosenbaum.
 9                Let me just note that in the record that you will be
10   waiving removal; is that correct?
11                MR. TRACHMAN:  That is correct, Your Honor.
12                THE COURT:  All right.  I will not take the waiver
13   removal at this time.
14                MR. TRACHMAN:  Yes, Judge.
15                THE COURT:  Because that is in another jurisdiction.
16                MR. TRACHMAN:  Understood.
17                THE COURT:  So we will just defer that waiver of
18   removal until Wednesday.
19                MR. TRACHMAN:  That's at 10:00 a.m., Your Honor?
20                THE COURT:  Yes.
21                MR. TRACHMAN:  Judge Rosenbaum?
22                THE COURT:  Judge Rosenbaum on July 14th.
23                All right.  Does the government or the defense have
24   any other matters as to Ms. Novack that they wish to raise?
25                MR. JONES:  Nothing from the United States, Your
```

1  Honor.

2              THE COURT:  And from the defense?

3              MR. TRACHMAN:  Not at this time, Your Honor.

4              THE COURT:  All right.

5              MR. TRACHMAN:  There may be additional counsel joining

6  in.  We will certainly notify the government, and there will be

7  the appropriate appearances filed.

8              THE COURT:  Okay.  Ms. Novack, is there anything else

9  that I can answer about what we have done today or what will be

10 occurring next in your case?

11             THE DEFENDANT:  No.

12             THE COURT:  Okay.  Very well.  Thank you.  There being

13 no other matters to come before the court, we will be in

14 recess.

15             THE CLERK:  All rise.  Court is in recess.

16             (Whereupon the proceedings were concluded)

17

18                    C E R T I F I C A T E

19       I hereby certify that the foregoing is an accurate

20 transcription of proceedings in the above-entitled matter.

21

   JULY 19, 2010              S/JERALD M. MEYERS
22 _____            _____
        DATE                      JERALD M. MEYERS, RPR-CM
23                                Miami, FL  33128

24

25